## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|

AFN, LLC, an Illinois corporation,

          Plaintiff,

v.

KASEEM SINCENO, an individual,

         Defendant

FILED: AUGUST 22, 2008
08CV4805
JUDGE MORAN
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AFN, LLC

| |
|---|
| NAME (Type or print)<br>Christine C. Kommer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Christine C. Kommer |
| FIRM<br>McGuireWoods LLP |
| STREET ADDRESS<br>77 W. Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6285949 | TELEPHONE NUMBER<br>312.849.8100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐