## United States District Court for the Northern District of Illinois

Case Number: 08CV4805      Assigned/Issued By: DAJ

Judge Name: MORAN      Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*    [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00      Receipt #: 3043953

Date Payment Rec'd: 08/22/08      Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons      [ ] Alias Summons

[ ] Third Party Summons      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons      [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

1 Original and 0 copies on 08/22/08 as to DEF. _____
(Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05